No. 75–1806. Ratley v. United States. C. A. 10th Cir. Certiorari denied.

No. 75–1814. Rella Verde Apartments, Inc., et al. v. Arizona et al. Ct. App. Ariz. Certiorari denied.

No. 75–1819. Cuthbertson et al. v. Charlotte-Mecklenburg Board of Education. C. A. 4th Cir. Certiorari denied.

No. 75–1820. Stricklin et al. v. United States. C. A. 10th Cir. Certiorari denied.

No. 75–1821. Abbott Laboratories, Ross Laboratories Division v. National Labor Relations Board. C. A. 4th Cir. Certiorari denied.

No. 75–1822. New Orleans Public Service, Inc. v. Power Division Assn. et al. C. A. 5th Cir. Certiorari denied.

No. 75–1823. McFarland v. Georgia. Ct. App. Ga. Certiorari denied.

No. 75–1824. Malajalian v. United States. Ct. Cl. Certiorari denied.

No. 75–1825. Littrell v. United States. C. A. 8th Cir. Certiorari denied.

No. 75–1827. Greenberg v. United States. C. A. 2d Cir. Certiorari denied.

No. 75–1828. Pollutro v. United States. Ct. Cl. Certiorari denied.